

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RETURN TO SENDER
NEED FULL NAME, SPN #
CELLBLOCK #, TDCJ # EXPANDED
REFUSE TO DELIVER TO AN UNNAMED INMATE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 22 2015

10/19/2015
ROTHENBERG, ZACHARY MITCHELL
WR-84,039-01

Tr. Ct. No. 1383584-A

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ZACHARY MITCHELL ROTHENBERG
- 1864825

BN3B 77002